1  LAWRENCE P. EBINER (BAR NO. 122293)
   MORRISON & FOERSTER LLP
2  19900 MacArthur Boulevard
   Suite 1200
3  Irvine, California  92612-2445

4  Telephone: (949) 251-7500
   Facsimile: (949) 251-0900
5
   Attorneys for Defendant
6  COLOR PRINT SOLUTIONS, INCORPORATED

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION        *E-FILED - 7/28/05*

| | |
|---|---|
| 11  ADOBE SYSTEMS INCORPORATED,<br>a Delaware corporation, | CASE NO.  C01-20872 RMW |
| 12 | STIPULATION AND [PROPOSED] |
| Plaintiff, | ORDER CONTINUING HEARING ON |
| 13 | PLAINTIFF'S MOTION FOR ENTRY OF |
| v. | STIPULATED JUDGMENT |
| 14 | |
| COLOR PRINT SOLUTIONS,<br>15  INCORPORATED, a California<br>Corporation; and DOES 1 through 20,<br>16  Inclusive, | Judge:  Hon. Ronald M. Whyte |
| 17  Defendants. | Current Date:   July 29, 2005<br>Proposed Date:  August 12, 2005<br>18 | Time:           9:00 a.m.<br>Court:           Courtroom 6 |

                              -1-
                              STIPULATION AND [PROPOSED] ORDER
                              CASE NO. C-01-20872 RMW

oc-300464

1     Defendant Color Print Solutions ("Color Print") and Plaintiff Adobe Systems Incorporated ("Adobe"), through their respective counsel, request that the following agreed-upon stipulation be entered as an Order.

IT IS HEREBY STIPULATED AND AGREED THAT:

The Hearing on Plaintiff's Motion for Entry of Stipulated Judgment Against Color Print will be and hereby is continued from July 29, 2005 to August 12, 2005, at 9:00 a.m., in the above Court.

Dated: July 15, 2005

                                    MORRISON & FOERSTER LLP

                                    By: /s/ Lawrence P. Ebiner
                                          Lawrence P. Ebiner
                                    Attorneys for Defendant
                                    COLOR PRINT SOLUTIONS, INCORPORATED

Dated: July 15, 2005

                                  DLA PIPER RUDNICK GRAY CARY LLP

                                  By: /s/ Amy E. Wallace
                                          Amy E. Wallace
                                    Attorneys for Plaintiff
                                    ADOBE SYSTEMS INCORPORATED

**IT IS SO ORDERED.**

Dated: 7/28/05                                   /S/ RONALD M. WHYTE
                                                    Judge of the District Court

1  I, Lawrence P. Ebiner, am the ECF User whose ID and password are being used to file this Stipulation and Proposed Order.  In compliance with General Order 45, X.B., I hereby attest that attorneys for both parties concur with this Stipulation and [Proposed] Order Continuing Hearing on Plaintiff's Motion for Entry of Stipulated Judgment.

Dated:   July 15, 2005

MORRISON & FOERSTER LLP

By:   s/ Lawrence P. Ebiner

Attorney for Defendant
Color Print Solutions

-3-

STIPULATION AND [PROPOSED] ORDER
CASE NO. C-01-20872 RMW

oc-300464